FILED
2023 MAY 26 PM 3:25
CLERK
U.S. DISTRICT COURT

Name: Diona C Richardson
Address: 4131 W. Dennis Dr.
Telephone: 801-330-3331

RECEIVED US Dist Court-UT
MAY 24 '23 AM 11:43

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH - ____________ DIVISION**

Diona Richardson

Plaintiff,

v.

Dollar Tree
H.R.
Stacie Hummel

Defendant(s).

**COMPLAINT**

Case: 2:23-cv-00332
Assigned To : Romero, Cecilia M.
Assign. Date : 5/24/2023
Description: Richardson v Dollar Tree

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

## B. PARTIES

1. Name of plaintiff: Diona Richardson
Present mailing address: 4131 W Dennis Dr
West Valley City, Ut, 84120

2. Name of first defendant: Dollar Tree
Present mailing address or business location: Human Resources
Stacie Hummel
500 Volvo PKWY
Chesapeake, VA
23320

3. Name of second defendant:
Present mailing address or business location:

4. Name of third defendant:
Present mailing address or business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

3530 W 3100 S
West Valley City,
Ut, 84119

2. The discriminatory acts occurred on or about:

11-5-21
(Month, Day, Year)

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

12-7-22
(Month, Day, Year)

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

2 10 23
(Month, Day, Year)

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on: 3 15 23
(Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

a.______ Failure to employ me
b.______ Failure to promote me
c.______ Termination of my employment
d.______ Demotion
e.______ Denied equal pay/work
f.______ Sexual harassment
g.__X__ General harassment
h.______ Other acts (Be specific: Attach an additional sheet if necessary)

I was harassed, theatened, bullied by a supervisor, I told our supervisor & the GM She was told to leave me alone but didnt

7. Defendant's conduct is discriminatory with respect to:

a.__X__ my race
b.______ my color
c.______ my sex
d.______ my religion
e.______ my national origin
f.______ my age

8. I believe that the defendant is still committing these acts against me.

_____ yes __X__ no

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

a. (1) Count I: My Race (Black)

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

I was the only (Black Employee)
and the only 1 treated this way.
I spoke to the GM & was told to be the bigger
Person

b. (1) Count II: ______

(2) Supporting Facts:

______

## E. INJURY

1. How have you been injured by the actions of the defendant(s)?

Mentally I'm in therpy
I am now a felon due to the supervisors
actions. I can not vote, own a firearm
diffculty finding a job

## F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

Monetory relief

---

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at 24th on May, ~~19~~ 2023
(Location)

Diana L. Richardson
Signature

H:\prose\vii.gui